LINK 101

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON *AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BLAINE HARRINGTON III*,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D. a MEDICAL CORPORATION,<br><br>Defendant. | Civil Action No. 2:22-cv-08230-HDV-E<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATION TO CONDUCT PARTY DEPOSITIONS FOLLOWING THE DISCOVERY CUT-OFF |

On September 21, 2023, Plaintiff Maureen Harrington, *as personal representative for the estate of Blaine Harrington III* ("Plaintiff") and defendant Deepak Dugar, M.D., a Medical Corporation ("Defendant") (collectively, the "Parties"), filed a Stipulation to Conduct Party Depositions Following the Discovery Cut-Off seeking an Order: (1) allowing the Parties to take each other's deposition after the close of discovery.

Upon consideration of the Stipulation and for good cause shown, the Stipulation is hereby **GRANTED**.

Accordingly, the Court **ORDERS** that:

1. The Court has adopted the Stipulation.

2. The Parties may conduct their party depositions after the current Discovery Cut-off, with the deposition of Maureen Harrington being scheduled for October 19, 2023 and October 20, 2023, and the deposition of Defendant being scheduled for October 12, 2023.

3. The Court will retain its jurisdiction to compel production of Maureen Harrington or Dr. Deepak Dugar should either Plaintiff or Defendant fail to attend their respective deposition.

**IT IS SO ORDERED.**

DATED: 9/25/23

HONORABLE HERNAN D. VERA
U.S. DISTRICT COURT JUDGE