JEFFREY L. SQUIRES
(NM Bar No. 143015)
SQUIRES LEGAL COUNSEL, LLC
P.O. Box 92845
Albuquerque, NM 87199
Tel: (505) 835-5500
Email: jsquires@squireslegal.com
*Attorney for Defendant*

VINCENT L. RAVINE
(State Bar No. 206432)
KYLE RAMBEAU
(State Bar No. 278549)
17879 Ridgeway Rd.
Granada Hills, CA 91344
Tel: 818 600 8111
Email: vince@vravinelaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D.,<br>  A MEDICAL CORPORATION<br><br>Defendant | Case No.: 2:22-cv-08230-HDV-E<br><br><br><br><br><br>**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DAMAGES** |

Defendant Deepak Dugar, M.D., a Medical Corporation ("Dugar Corp."), by its undersigned counsel, acting in accordance with the Court's September 12, 2023 Scheduling Order [Doc. 99], here moves the Court to order Plaintiff Maureen Harrington be precluded from offering evidence of damages based on the licensing values of photographs or uses other than the photograph and use at issue here that is

not relevant to any proof of damages Plaintiff could claim. Such evidence includes testimony or exhibits Plaintiff proposes to offer evidencing the price terms for Mr. Harrington's licenses for other photographs or other purposes that do not reflect the licensing value of the photograph here at issue or the use of that photograph by Defendant. Throughout discovery in this matter Plaintiff has repeatedly said she had no evidence that the Subject Photograph had been sold or licensed, and had no records that could so suggest. See, e.g., Plaintiff's Answers to Defendant's Interrogatory No 23, submitted herewith as Exhibit 1; Plaintiff's Response to Defendant's First Request for Production no. 5, submitted herewith as Exhibit 2; and Plaintiff's Response to Defendant's Request for Admissions 38 and 39; a copy of which is submitted herewith as Exhibit 3.

Plaintiff Maureen Harrington has further testified in her deposition that she has no knowledge of the circumstances of Dugar Corp.'s use of, or the value of, the Subject Photograph. See the transcript of Ms. Harrington's deposition, page 27, l. 9-11; 272, l. 11-23; and 277, l. 3-25, submitted herewith as Exhibit 4.

Plaintiff has no admissible evidence to prove the value of any actual damages he might claim in this matter. Any reference Mr. Harrington may have made to licenses for other photographs for different uses prior to his death are not admissible to prove the value of the photograph at issue in this case. See Universal Picture Company v. Harold Lloyd Corp., 162 F. 2d 354, 375 (9th Cir. 1947) (value of remake rights in one Harold Lloyd film inadmissible to prove actual damages for

2
DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DAMAGES

infringement of a different film by Lloyd), cited with approval in Frank Music Group v. MGM, Inc., 772 F.2d 505, 515 (9th Cir.) 1985).

Even were Plaintiff to claim statutory damages as provided in 17 U.S.C. § 504(c), as she is expected to do, she should be precluded from offering evidence of actual damages in support of a claim for statutory damages.

Defendant's counsel certifies that he has discussed with and sought consent from Plaintiff's counsel for the relief here requested, and that Plaintiff's counsel has declined to consent.

Respectfully submitted,

By: /s/ Jeffrey L. Squires
Jeffrey L. Squires
SQUIRES LEGAL COUNSEL, LLC
(NM Bar No. 143015)
P.O. Box 92845
Albuquerque, NM 87199
Telephone: (505) 835-5500
Email: jsquires@squireslegal.com

JEFFREY L. SQUIRES
(NM Bar No. 143015)
SQUIRES LEGAL COUNSEL, LLC
P.O. Box 92845
Albuquerque, NM  87199
Tel:  (505) 835-5500
Email:  jsquires@squireslegal.com
*Attorney for Defendant*

VINCENT L. RAVINE
(State Bar No. 206432)
KYLE RAMBEAU
(State Bar No. 278549)
17879 Ridgeway Rd.
Granada Hills, CA 91344
Tel:  818 600 8111
Email:  vince@vravinelaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D., A MEDICAL CORPORATION,<br><br>Defendant | Case No. 2:22-cv-08230-HDV-E<br><br>**PROOF OF SERVICE FOR DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DAMAGES** |

I hereby certify that on this 13th day of February, 2024, a true and correct copy of Defendant's Motion in Limine to Exclude Evidence of Damages, along with this Proof of Service, was filed and served via the Court's CM/ECF system to the following counsel of record.

|   |   |
|---|---|
| 1 | Scott Edward Radcliffe |
| 2 | ALVES RADCLIFFE LLP |
|   | 2377 Gold Meadow Way |
| 3 | Suite 100 |
|   | Gold River, CA 95670 |
| 4 | 916-333-3375 |
|   | Email: sradcliffe@alvesradcliffe.com |

Scott Edward Radcliffe
ALVES RADCLIFFE LLP
2377 Gold Meadow Way
Suite 100
Gold River, CA 95670
916-333-3375
Email: sradcliffe@alvesradcliffe.com

Daniel DeSouza
Lauren Hausman
COPYCAT LEGAL, PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
Email:  daniel@copycatlegal.com
           lauren@copycatlegal.com

*/s/ Jeffrey L. Squires*

PROOF OF SERVICE FOR DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DAMAGES