Scott E. Radcliffe, (CA BAR NO. 278098)
**ALVES RADCLIFFE LLP**
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
T: (916) 333-3375
E: sradcliffe@alvesradcliffe.com

Attorneys for Plaintiff
Blaine Harrington III

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE HARRINGTON III,<br><br>    Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D. a MEDICAL CORPORATION,<br><br>    Defendant. | Civil Action No. 2:22-cv-08230-PA-E<br><br>**PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, plaintiff/counter-defendant Blaine Harrington III ("Plaintiff") submits these answers to defendant/counter-plaintiff Deepak Dugar, M.D. a Medical

1

Mr. Harrington would then review the results of the search to determine whether the photograph is being infringed, to check whether the photograph may have been previously licensed by the website/company, and to check whether the infringer (if any) is located within the United States or a jurisdiction where Mr. Harrington would be able to effectuate the takedown of the photograph.

22. Identify any Takedown Notices you have issued since January 1, 2017 directed to the host of a website, in which you identify a photograph in which you claim copyright and direct that the photo be removed from the website. With respect to such takedown notice, identify the web host by its name and URL; the particular photograph; and the date and substance of any action taken by the host.

**ANSWER**: Pursuant to Fed. R. Civ. P. 33(d), the answer to this interrogatory may be determined by examining the documents being produced by Plaintiff in response to Request for Production No. 10.

23. Identify any agreement by which you have sold or licensed the Subject Photograph to any person since you created the photograph.

**ANSWER**: Plaintiff is not aware of the Subject Photograph previously being sold/licensed.

Dated: May __, 2023.                    **ALVES RADCLIFFE LLP**

                                              By: /s/ Scott E. Radcliffe

                                              SCOTT E. RADCLIFFE
                                              Attorney for Plaintiff
                                              Blaine Harrington III

### CERTIFICATE OF SERVICE

I hereby certify that on May __, 2023, I served the foregoing document via e-mail to: Vincent L. Ravine, Esq. (vince@vravinelaw.com) and Jeffrey L. Squires, Esq. (jsquires@squireslegal.com).

                                              /s/ Scott E. Radcliffe
                                              Scott E. Radcliffe, Esq.

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/30/2023

*Maureen Harrington*
ID pocBYCcMGa6BmVvXyNzFCB59

Maureen Harrington

# eSignature Details

**Signer ID:** poeBYCcMGa6BmVvXyNzFCB59
Signed by: Maureen Harrington
Sent to email: moharr@comcast.net
IP Address: 15.181.16.10
Signed at: May 30 2023, 3:54 pm PDT