EXHIBIT 3

Scott E. Radcliffe, (CA BAR NO. 278098)
**ALVES RADCLIFFE LLP**
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
T: (916) 333-3375
E: sradcliffe@alvesradcliffe.com

Attorneys for Plaintiff
Blaine Harrington III

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MAUREEN HARRINGTON, as
personal representative for the estate of
BLAINE HARRINGTON III,

     Plaintiff,

v.

DEEPAK DUGAR, M.D. a MEDICAL
CORPORATION,

     Defendant.

Civil Action No. 2:22-cv-08230-PA-E

**PLAINTIFF'S RESPONSES TO
DEFENDANT'S FIRST REQUEST
FOR ADMISSIONS**

to Rules 26 and 36 of the Federal Rules of Civil Procedure,

plaintiff/counter-defendant Maureen Harrington, as personal representative of the

estate of Blaine Harrington III ("Plaintiff"), submits these responses to

1

36.     Admit that you have no evidence to support a contention that Dugar Corp. infringed a copyright in the photograph that is the subject of our RFA no. 38.

**RESPONSE**:  Denied.

37.     Admit that you have no evidence that Dugar Corp acted willfully in connection with any infringement you might contend he committed with respect to the photograph that is the subject of your RFA no. 38.

**RESPONSE**:  Denied.

38.     Admit that you have never licensed the use of the Subject Photograph.

**RESPONSE**:  Admitted.

39.     Admit that you have never licensed the use of the Subject Photograph specifically for use on a user's website.

**RESPONSE**:  Admitted.

40.     Admit that you have never sent a takedown notice to a web host with respect to the Subject Photograph.

**RESPONSE**:  Admitted.

41.     Admit that you have never tried to a verdict a case for copyright infringement of a photograph in which you claimed to own the copyright.

**RESPONSE**:  Admitted.

Dated:  May 25, 2023.            **ALVES RADCLIFFE LLP**

By: /s/ Scott E. Radcliffe

SCOTT E. RADCLIFFE
Attorney for Plaintiff
Blaine Harrington III

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, I served the foregoing document via e-mail to: Vincent L. Ravine, Esq. (vince@vravinelaw.com) and Jeffrey L. Squires, Esq. (jsquires@squireslegal.com).

/s/ Scott E. Radcliffe
Scott E. Radcliffe, Esq.

10