Lauren M. Hausman, (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Maureen Harrington
*as personal representative for the estate of Blaine Harrington III*

Jeffrey L. Squires
**SQUIRES LEGAL COUNSEL, LLC**
P.O. Box 92845
Albuquerque, New Mexico 87199
T: (202) 509-4000
E: jsquires@squireslegal.com

Attorney for Defendant
Deepak Dugar, M.D. a Medical Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON *AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BLAINE HARRINGTON III*,<br><br>    Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D. a MEDICAL CORPORATION,<br><br>    Defendant. | Civil Action No. 2:22-cv-08230-HDV-E<br><br>**JOINT TRIAL EXHIBIT LIST** |

1

Plaintiff Maureen Harrington, *as personal representative for the estate of Blaine Harrington III* ("Plaintiff") and defendant Deepak Dugar, M.D., a Medical Corporation ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, hereby submit their Joint Trial Exhibit List as follows:

## EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-1 | Copyright Registration | | |
| P-2 | 20121008_nm-tex_2051.jpg | | |
| P-3 | "Albuquerque Patients Looking for a Specialist" Blog Page | | |
| P-4 | Subject Image Pinpoint URL on Defendant's Website | | |
| P-5 | Dugar's Responses to First Request for Admissions | | |
| P-6 | "Chicago Patients Looking for a Renowned…" Blog Page | | |
| P-7 | "New York Patients Looking for a Renowned…" Blog Page | | |
| P-9 | Declaration of Deepak Dugar | | |
| P-10 | Image on Blaine Website | | |
| P-11 | PhotoShelter Security Setting | | |
| P-12 | AAA Living Invoice # 1929 | | |
| P-13 | Allied-Springbok Invoice # 2040 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-14 | ANDRES RESTREPO # 2047 | | |
| P-15 | Charleston Invoice # 1415 | | |
| P-16 | Karsh & Hagan Invoice # 1983 | | |
| P-17 | Karsh & Hagan Invoice # 2034 | | |
| P-18 | Mullen Lowe Invoice # 1935 | | |
| P-19 | Nikon Invoice # 1437 | | |
| P-20 | Nikon Invoice # 1775 | | |
| P-21 | NZ Story Invoice # 2032 | | |
| P-22 | Smithsonian Invoice # 1487 | | |
| P-23 | Teaching Company Invoice # 1588 | | |
| P-24 | Tourism New Zealand # 1812 | | |
| P-25 | 3-1-22 Letter from Jonathan Paul | | |
| P-26 | Dugar Terms and Conditions | | |
| P-27 | "Seattle Patients Looking for a Renowned…" Blog Post | | |
| P-28 | "Las Vegas Patients Looking for a Renowned…" Blog Post | | |
| P-29 | "Miami Residents Looking for Best…" Blog Post | | |
| P-30 | Nose Job Doctor Beverly Hills - Out of Town Patients | | |
| P-31 | "Atlanta Patients Looking for a Rhinoplasty…" Blog Post | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-32 | "Patients in Australia Searching for the Best…" Blog Post | | |
| P-33 | "Best Rhinoplasty Surgeon in Dubai" Blog Post | | |
| P-34 | Defendant's answers to Interrogatories | | |
| P-35 | Sadowski v Construction Reporter – Answer and Counterclaim | | |
| P-36 | Harrington v Deepak Dugar - Dugar's Answer and Counterclaim | | |
| | | | |
| D-1 | Amended Notice of Videotaped Deposition to Blaine Harrington III | | |
| D-2 | December 30, 2021 Letter from CopyCat Legal to Ethan and Michelle Adler | | |
| D-3 | January 25, 2022 Letter from CopyCat Legal to Walt Arnold Commercial Brokerage, Inc. | | |
| D-4 | January 6, 2022 Letter from CopyCat Legal to Xuan Nation, LLC | | |
| D-5 | January 10, 2022 Letter from CopyCat Legal to CCIM Institute | | |
| D-8 | First Amended Counterclaim and Third-Party Complaint of Blaine Harrington III against Adler Medical, LLC et al. | | |
| D-9 | PACER List of Actions brought by Blaine Harrington | | |
| D-11 | Defendant's Responses to First Set of Interrogatories in Adler Medical, LLC et al. v. Harrington | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| D-12 | Defendant's Responses to Plaintiffs' First Request for Production in <u>Adler Medical, LLC et al v. Harrington</u> | | |
| D-13 | Defendant's Responses to Plaintiffs' First Request for Production in <u>Adler Medical, LLC et al v. Harrington</u>. | | |
| D-14 | Letter dated January 6, 2022 from CopyCat Legal to 360 ABQ, LLC | | |
| D-15 | Complaint in <u>Harrington v. 360 ABQ, LLC</u> | | |
| D-16 | Answer and Counterclaim of Defendant 360 ABQ, LLC | | |
| D-17 | Plaintiff Blaine Harrington's answer to 360 ABQ, LLC Counterclaim | | |
| D-18 | Plaintiff's Responses to Defendant's First Request for Production in <u>Harrington v. 360 ABQ, LLC</u> | | |
| D-19 | Photograph at Issue in <u>Harrington v. 360 ABQ, LLC</u> | | |
| D-21 | December 30, 2019 letter from David Deal to Mountain States Agency, LLC | | |
| D-24 | Defendant's Responses to Plaintiff's Interrogatories in <u>Mountain States Agency v. Harrington</u> | | |
| D-25 | Plaintiff's Responses to Defendant's First Request for Production of Documents in <u>Mountain States Agency v. Harrington</u> | | |
| D-27 | Complaint in <u>Harrington v. Atlantis CDs, LLC</u> | | |
| D-29 | Complaint in <u>Harrington v. Monica Boehmer, DDS PC</u> | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| D-31 | Offer of Judgment in Harrington v. Monica Boehmer, DDS PC | | |
| D-33 | Complaint for Copyright Infringement in Harrington v. Elevation Counseling, LLC | | |
| D-34 | Confidential Settlement Agreement in Harrington v. Elevation Counseling, LLC (to be treated as Confidential and Filed Under Seal) | | |
| D-35 | Complaint in Harrington v. Industrial Commercial Coatings, LLC | | |
| D-36 | Complaint in Harrington v. Cool Destinations, LLC | | |
| D-37 | Complaint in Harrington v. Perikin Enterprises, Inc. et al. | | |
| D-38 | Complaint in Harrington v. Sandia Insurance Group, LLC | | |
| D-39 | Complaint in Harrington v. International Spy Museum, LLC | | |
| D-40 | Complaint in Harrington v. North Bay Bavarian Company, Inc. | | |
| D-41 | Complaint in Harrington v. Color Passport, Inc. | | |
| D-42 | Complaint in Harrington v. Marc Nagler | | |
| D-43 | Order signed 9/03/2021 in Harrington v. Pinterest, Inc. | | |
| D-45 | Declaration of Blaine Harrington dated September 27, 2018 in the case of Harrington v. McGraw Hill Global Education Holdings, LLC | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| D-46 | Declaration of Blaine Harrington dated August 20, 2019 in the case of Harrington v. Equity Asset & Property Management, Inc. | | |
| D-47 | Complaint in Harrington v. Equity Asset & Property Management, Inc. | | |
| D-48 | Order of Default Judgment in Harrington v. Equity Asset and Property Management, Inc. | | |
| D-50 | Magazine interview of Blaine Harrington dated October 23, 2021 | | |
| D-51 | Notice of Deposition to Maureen Harrington | | |
| D-52 | Listing of cases in New Mexico Federal Court in which Blaine Harrington is a party asserting copyright infringement claims | | |
| D-53 | 39 letters from David Deal on behalf of Blaine Harrington asserting copyright infringement claims against residents of New Mexico | | |
| D-54 | 32 letters from CopyCat Legal threatening copyright infringement claims against residents of New Mexico | | |
| D-55 | Spreadsheet containing information about settlement of copyright infringement claims filed by Blaine Harrington | | |
| D-56 | Settlement Agreement between Blaine Harrington and Nicky Ovitt | | |
| D-65 | Plaintiff's Responses to First Set of Interrogatories in Harrington v. 360 ABQ, LLC | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| D-96 | January 10, 2022 letter from CopyCat Legal to Hermosillo & Nunez of New Mexico, LLC | | |
| D-97 | Complaint in Harrington v. Hermosillo & Nunez of New Mexico, LLC | | |
| D-102 | Plaintiff's First Request for Admissions to Defendant in Harrington v. Hermosillo & Nunez, LLC | | |
| D-104 | December 31, 2021 letter from CopyCat legal to Deepak Dugar, M.D., a Medical Corporation | | |
| D-105 | Letter dated January 18, 2022 from the Tech Law Group, P.C. to CopyCat Legal | | |
| D-106 | Complaint in Blaine Harrington v. Deepak Dugar, M.D., a Medical Corporation | | |
| D-107 | Defendant's Affirmative Defenses in Harrington v. Deepak Dugar, M.D., a Medical Corporation | | |
| D-108 | Plaintiff's Answers to Defendant's First Set of Interrogatories in Harrington v. Dugar Corp. | | |
| D-109 | Plaintiff's First Requests for Admissions to Defendant in Harrington v. Dugar Corp. | | |
| D-110 | Plaintiff's Responses to Defendant's First Request for Admissions in Harrington v. Dugar Corp. | | |
| D-111 | Defendant's Offer of Judgement in Harrington v. Dugar Corp. | | |
| D-112 | April 12, 2018 Order in Shive v. J&C Baseball Clubhouse, Inc. | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| D-113 | Final Judgment in Shive v. J&C Baseball Clubhouse, Inc. | | |
| D-114 | Complaint in Sadowski v. Construction Reporter Digital Magazine LLC et al. | | |
| D-115 | Defendant's Answer and Counterclaim in Sadowski v. Construction Reporter Digital Magazine LLC et al. | | |
| D-116 | Recommendation of Magistrate on plaintiff's Motion for Default Judgment in Stockart.com v. Engle | | |
| D-117 | Default Judgment in Stockart.com v. Engle | | |
| D-118 | Order in Live Face on Web, LLC v. Integrity Solutions Group, Inc., 421 F. Supp. 3rd 1051 (D.Colo. 2019) | | |

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>113 North San Vicente Boulevard<br>Suite 232<br>Beverly Hills, CA 90211<br>Telephone: (877) 437-6228<br>lauren@copycatlegal.com<br>sradcliffe@alvesradcliffe.com<br>dan@copycatlegal.com | SQUIRES LEGAL COUNSEL LLC<br>565 Live Oak Road NE<br>Albuquerque, NM 87199<br>Telephone: (505) 835-5500<br>jsquires@squireslegal.com<br>vince@vravinelaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: /s/ Lauren M. Hausman<br>    Lauren M. Hausman, Esq.<br>    Scott E. Radcliffe, Esq.<br>    Daniel DeSouza, Esq. | By: /s/ Jeffrey L. Squires<br>    Jeffrey L. Squires, Esq.<br>    Vincent L. Ravine, Esq. |

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.