UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. CV 22-08230-HDV (Ex): | Date March 12, 2024 |
| Title *Blaine Harrington, III v. Deepak Dugar* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Kelly Davis | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Lauren Hausman (via Zoom)
Daniel DeSouza (via Zoom)

Attorney(s) Present for Defendant(s):

Jeffrey Squires (via Zoom)

**Proceedings:** STATUS CONFERENCE AND ORDER SETTING PRETRIAL AND TRIAL SCHEDULE

The Court held a Status Conference with the parties on 03/12/24. Having considered the parties' proposed pre-trial and trial dates, the Court hereby sets the following schedule governing this case:

| **Trial and Final Pretrial Conference Dates** | **Court Order** |
|---|---|
| Jury Trial<br>(*Tuesday* at 9:00 a.m.)<br>Estimated Duration: 3 Days | 5/28/2024 |
| Final Pretrial Conference ("FPTC") [L.R. 16]<br>(*Tuesday* at 10:00 a.m.) | 5/7/2024 |
| Hearing on Motions In Limine  (*Tuesday* at 10:00 a.m.) | 5/7/2024 |

For specific instructions on mandatory trial procedures, the Court refers counsel to the Court's **Civil Trial Order**. Please read that Order carefully as the procedures may differ in some respects from the Local Rules. It is the responsibility of the parties to maintain familiarity with the Civil Trial Order and

any future amendments that the Court may issue by periodically checking the Court's website for the operative version.

    **IT IS SO ORDERED.**

**cc: ADR Dept.**

Time: <u>08</u>