Lauren M. Hausman, (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Maureen Harrington
*as personal representative for the estate of Blaine Harrington III*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON,<br>*AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BLAINE HARRINGTON III*,<br>      Plaintiff,<br><br>V.<br><br>DEEPAK DUGAR, M.D. a MEDICAL CORPORATION,<br><br>Defendant. | Civil Action No. 2:22-cv-08230-HDV-E<br><br>**PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD TRIAL COUNSEL** |

    Plaintiff Maureen Harrington, as Personal Representative for the Estate of Blaine Harrington III ("Plaintiff"), now files this Notice to inform the Court which of her attorneys will be acting as lead trial counsel.

1

1. On November 20, 2022, Blaine Harrington III ("Blaine") filed the above-captioned lawsuit in the United States District Court for the District of New Mexico. Blaine's lead (and only) counsel was Daniel DeSouza, Esq. See D.E. 1.

2. On November 8, 2022, the lawsuit was transferred to this Court. See D.E. 21.

3. As Mr. DeSouza is not admitted to practice before this Court generally, Blaine retained a California attorney, Scott Radcliffe, Esq. When the case was first transferred to California, Mr. Radcliffe was the only attorney of record representing Plaintiff, which automatically made him lead trial counsel.

4. However, Mr. DeSouza has since *pro hac vice* appeared in this matter. See D.E. 87. Since being admitted to this matter, Mr. DeSouza has been acting as lead counsel and will be the attorney serving as first chair at trial.

5. Mr. DeSouza is the managing partner of CopyCat Legal PLLC, has been practicing law for approximately 20 years, and is lead trial counsel in this matter. He has the most knowledge of the matter and likewise serves as counsel to Plaintiff in numerous, similar copyright cases filed in New Mexico, in which Mr. Squires serves as the opposing counsel.

6. Plaintiff has previously alluded to the fact that Mr. DeSouza is to serve as her lead trial counsel. See D.E. 139 and 157.

7. In its Civil Trial Order [D.E. 160], the Court notes that the presence of lead trial counsel is required at the Final Pretrial Conference ("FPTC").

8. The FPTC is currently scheduled for May 7, 2024. See D.E. 159.

9. Currently, Mr. Radcliffe is designated as lead trial counsel. Accordingly, Plaintiff files this notice and requests that Mr. DeSouza be made lead trial counsel on the record.

Dated: March 20, 2024.

By: /s/ Lauren Hausman_____
LAUREN HAUSMAN
Attorney for Plaintiff
Maureen Harrington,
*as personal representative for the estate of Blaine Harrington III*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed Plaintiff's Notice of Resolution of Scheduling Conflict with the Clerk of the Court for the U.S. District Court for the Central District of California, using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren Hausman\_\_\_
Lauren Hausman, Esq.