UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-08230-HDV(Ex)                                                                 Date: May 24, 2024

Title   *Blaine Harrington, III v. Deepak Dugar*


Present: The Honorable:   Hernán D. Vera, United States District Judge

|  |  |
|---|---|
| Wendy Hernandez | None. |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None. | None. |


**Proceedings:**   ORDER RE: OBJECTIONS TO DEPOSITION TRANSCRIPT
               [DKT. NOS. 173, 176]

   The Court makes the rulings listed below regarding each party's objections to portions of Mr. Harrington's deposition transcript.  *See* Defendant's Objections [Dkt. No. 173], Plaintiff's Objections [Dkt. No. 176].

   **I.   Defendant's Objections**

| Transcript Citation | Defendant's Objections | Ruling |
|---|---|---|
| **Day 1** | | |
| 16:20 - 17:7 | Relevance | Overruled |
| 22:13 - 23:2 | Relevance | Overruled |
| 23:6-25 | Relevance | Overruled |
| 25:11 - 26:23 | Relevance | Overruled |
| 28:20 - 29:20 | Relevance | Overruled |
| 53:18 - 55:16 | Relevance | Overruled |
| 64:5-11, 65: 6-12 | Relevance | Overruled |
| 70:8 - 71:20 | Relevance | Overruled |
| 91:21 - 107:25 | Relevance | Overruled |
| 116:11 - 117:3 | Relevance | Overruled |
| **Day 2** | | |
| 16:17 - 17:22 | Relevance | Overruled |
| 58:21 - 59:22 | Relevance | Overruled |
| 78:8 - 82:4 | Relevance; Form | Overruled |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-08230-HDV(Ex)                                                    Date: May 24, 2024

Title   *Blaine Harrington, III v. Deepak Dugar*

### II. Plaintiff's Objections

| Transcript Citation | Plaintiff's Objections | Ruling |
|---|---|---|
| **Day 1** | | |
| 19:17 – 19:22 | Relevance | Sustained |
| 27:11 – 27:19 | Relevance; Foundation | Overruled |
| 28:1 – 28:6 | Relevance; Foundation | Overruled |
| 29:21 – 30:2 | Relevance; Foundation | Overruled |
| 35:1 – 35:10 | Relevance | Sustained |
| 36:6 – 36:12 | Relevance | Sustained |
| 37:15 – 38:25 | Relevance; Unduly Prejudicial | Sustained |
| 39:25 – 40:4 | Relevance; Unduly Prejudicial | Sustained |
| 41:2 – 42:18 | Relevance; Unduly Prejudicial | Sustained |
| 43:19 – 43:24 | Relevance | Sustained |
| 58:25 – 60:10 | Relevance; Unduly Prejudicial; Foundation | Overruled |
| 68:12 – 69:11 | Relevance; Foundation | Overruled |
| 78:21 – 79:5 | Relevance; Foundation | Overruled |
| 79:14 – 80:4 | Relevance; Foundation | Overruled |
| 126:21 – 128:19 | Relevance | Overruled |
| 137:19 – 138:19 | Relevance | Overruled |
| 162:2 – 162:10 | Relevance | Overruled |
| 168:4 – 168:8 | Relevance; Unduly Prejudicial | Sustained |
| 172:15 – 172:18 | Relevance; Unduly Prejudicial | Sustained |
| 173:1 – 173:15 | Relevance; Unduly Prejudicial | Sustained |
| 193:9 – 193:12 | Relevance; Unduly Prejudicial | Sustained |
| 193:25 – 194:12 | Relevance; Unduly Prejudicial | Sustained |
| 194:17 – 195:15 | Relevance; Unduly Prejudicial | Sustained |
| 196:20 – 198:5 | Relevance; Unduly Prejudicial | Sustained |
| 198:18 – 199:23 | Relevance; Foundation; Unduly Prejudicial | Overruled (The answer should finish with "I don't believe so[.]" (199:22). Sustained as to the rest of the answer, which is excluded. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-08230-HDV(Ex)                              Date: May 24, 2024

Title      _Blaine Harrington, III v. Deepak Dugar_

| **Transcript Citation** | **Plaintiff's Objections** | **Ruling** |
|---|---|---|
| **Day 2** | | |
| 20:12 – 22:4 | Relevance; Unduly Prejudicial | Sustained. All of page 20 is excluded; 20:1-25 to 22:4 are excluded. |
| 37:1 – 37:4 | Incomplete (leaves out prior answer from 33:15 – 36:25); Relevance | Overruled |
| 42:14 – 42:18; 42:24 – 43:11; 43:18 – 55:18 | Relevance; Unduly Prejudicial | Overruled in part. Sustained as to portions from 52:4-55:18, which are excluded. |
| 68:21 – 68:25 | Incomplete (leaves out 69:1 – 69:5) | Sustained. The answer must include 69:1-5. |

**IT IS SO ORDERED.**