

```
FILED
CLERK, U.S. DISTRICT COURT

05/24/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Harrington, as personal representative for the estate of Blaine Harrington III,<br><br>  Plaintiff,<br><br>v.<br><br><br>Deepak Dugar, M.D., a Medical Corporation,<br><br>  Defendant. | Case No.  2:22-cv-08230-HDV-E<br><br>**VERDICT FORM** |

1.

# Verdict Form

## VERDICT as to COUNT I – COPYRIGHT INFRINGEMENT

Do you find by a preponderance of the evidence:

1. That Blaine Harrington III owns the photograph at issue in this lawsuit?

    YES _____ NO _____

If your answer to Question 1 is yes, then answer Question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. That Deepak Dugar, M.D., a Medical Corporation displayed and/or published the photograph at issue in this lawsuit without Blaine Harrington III's permission?

    YES _____ NO _____

If your answer to Question 2 is yes, then answer Question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. That Deepak Dugar, M.D. established any affirmative defense that bars Maureen Harrington from recovering damages for the harm sustained from Deepak Dugar, M.D.'s copyright infringement?

    YES _____ NO _____

If your answer to Question 3 is no, then answer Questions 4 and 5. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.

4. What is the total amount of **actual** damages that Maureen Harrington should be awarded as a result of Deepak Dugar, M.D., a Medical Corporation's copyright infringement?

$ _____

5. What is the total amount of **statutory** damages that Maureen Harrington should be awarded as a result of Deepak Dugar, M.D., a Medical Corporation's copyright infringement?

*Your award must be between $750.00 and $30,000.00, or up to $150,000.00 if you find that the infringement of the work was willful, or as low as $200.00 if you find that the infringement of the work was innocent.*

$ _____

SO SAY WE ALL, this \_\_\_\_ day of _____, 2024.

_____
Foreperson

3.