# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| Case No. | CV 22-08230-HDV (Ex) | | Date | May 29, 2024 |
|---|---|---|---|---|
| Title: | Blaine Harrington, III vs. Deepak Dugar | | | |

| Present: The Honorable | Hernán D. Vera, United States District Court Judge |
|---|---|

| Wendy K. Hernandez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Lauren Hausman / Daniel DeSouza | Jeffrey Squires |

**Day Court Trial** _____ 2nd _____ **Day Jury Trial**

One day trial: _____ Begun (1st day); _X_ Held & Continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_X_ Opening statements made by _____ Plaintiff and Defendant

_X_ Witnesses called, sworn and testified. _X_ Exhibits identified. _X_ Exhibits admitted.

_X_ Plaintiff(s) rest. _____ Defendant(s) rest.

_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s). _____ Court instructs jury.

_____ Bailiff(s) sworn. _____ Jury retires to deliberate. _____ Jury resumes deliberations.

_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.

_____ Jury polled. _____ Polling waived.

_____ Filed Witness & Exhibit Lists _____ Filed jury notes. _____ Filed jury instructions.

_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).

_____ Case submitted. _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_X_ Case continued to _5/30 at 8:45am for counsel_ for further trial/further jury deliberation.

_____ Other:

6 : 00

Initials of Deputy Clerk _wh_