# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 22-08230-HDV (Ex) |
| Title: | Blaine Harrington, III vs. Deepak Dugar |
| Date | May 30, 2024 |

Present: The Honorable   Hernán D. Vera, United States District Court Judge

| Wendy K. Hernandez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Lauren Hausman / Daniel DeSouza | Jeffrey Squires |

___ **Day Court Trial**   3rd **Day Jury Trial**

- ___ One day trial:
- ___ Begun (1st day);
- ___ Held & Continued;
- X Completed by jury verdict/submitted to court.
- ___ The Jury is impaneled and sworn.
- ___ Opening statements made by _____
- X Witnesses called, sworn and testified.   ___ Exhibits identified.   ___ Exhibits admitted.
- ___ Plaintiff(s) rest.   X Defendant(s) rest.
- X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court instructs jury.
- X Bailiff(s) sworn.   X Jury retires to deliberate.   ___ Jury resumes deliberations.
- X Jury Verdict in favor of   X plaintiff(s)   ___ defendant(s) is read and filed.
- ___ Jury polled.   X Polling waived.
- X Filed Witness & Exhibit Lists   X Filed jury notes.   X Filed jury instructions.
- ___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
- ___ Case submitted.   ___ Briefs to be filed by _____
- ___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
- ___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
- ___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
- ___ Settlement reached and placed on the record.
- X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- ___ Case continued to _____ for further trial/further jury deliberation.
- X Other:   Plaintiff's counsel to submit a proposed judgment consistent with today's verdict by June 6, 2024.

   Exhibit Release form prepared and emailed to counsel for review and signature.

   Counsel to return signed Exhibit Release form to the clerk via email by June 6, 2024.

                                                                                                5 : 00

Initials of Deputy Clerk   wh