UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Redacted

JURY NOTE NO. ___1___

FILED
CLERK, U.S. DISTRICT COURT
MAY 3 0 2024
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Case No.: CV 22-8230-HDV

Date: 5/30/24

Title: Maureen Harrington, as personal representative for the estate of Blaine Harrington III v. Deepak Dugar, M.D., a Medical Corporation

Time: 2:58pm

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT.

__X__ THE JURY REQUESTS THE FOLLOWING:

If we determine there are actual damages, when calculating statutory damages, do we include the amount of actual damages in addition to the amount owed under the other factors or are actual damages separate?

SIGNED BY:  FOREPERSON OF THE JURY ___