UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Harrington, as personal representative for the estate of Blaine Harrington, III,<br><br>        Plaintiff,<br><br>        v.<br><br>Deepak Dugar, M.D., a Medical Corporation,<br><br>        Defendant. | Case No. 2:22-cv-08230-HDV-E<br><br>**COURT'S RESPONSE TO JURY NOTE NO. 1** |

In response to Jury Note No. 1, the answer is:

Actual and statutory damages are to be calculated separately. Actual damages may be taken into consideration when calculating statutory damages.

Dated: May 30, 2024

                                              Hernán D. Vera
                                      United States District Judge