**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Redacted

FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JURY NOTE NO. _____

Case No.: CV 22-8230-HDV    Date: 5/30/24

Title: Maureen Harrington, as personal representative for the estate of Blaine Harrington III v. Deepak Dugar, M.D., a Medical Corporation

Time: 4:33

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT.

__X__ THE JURY REQUESTS THE FOLLOWING:

Can we stay until 6:00 to possibly reach a verdict?

SIGNED BY:    FOREPERSON OF THE JURY   /