FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Harrington, as personal representative for the estate of Blaine Harrington, III,<br><br>     Plaintiff,<br><br>  v.<br><br>Deepak Dugar, M.D., a Medical Corporation,<br><br>     Defendant. | Case No. 2:22-cv-08230-HDV-E<br><br>**COURT'S RESPONSE TO JURY NOTE NO. 2** |

  In response to Jury Note No. 2, the answer is:

Yes

Dated: May 30, 2024

             /s/

          Hernán D. Vera
       United States District Judge