FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **Maureen Harrington, as personal representative for the estate of Blaine Harrington III**<br><br>Plaintiff,<br><br>v.<br><br>**Deepak Dugar, M.D., a Medical Corporation**<br><br>Defendant. | Case No.: 2:22-cv-08230-HDV-Ex<br><br>**CONFIRMATION OF EXHIBIT REVIEW AND AUTHORIZATION TO SUBMIT EXHIBITS TO JURY** |

The undersigned counsel hereby declare that the exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): _____Daniel DeSouza_____

Counsel for Plaintiffs(s) (Signature): _____[signature]_____

Date: _____5/30/24_____

Counsel for Defendant(s) (Printed Name): _____Jeffrey L. Squires_____

Counsel for Defendant(s) (Signature): _____[signature]_____

Date: _____5/30/2024_____