Lauren M. Hausman, Esq. (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Maureen Harrington,
*as personal representative for the*
*estate of Blaine Harrington III*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BLAINE HARRINGTON III,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D., A MEDICAL CORPORATION,<br><br>DEFENDANT. | Civil Action No. 2:22-cv-08230-HDV<br><br>**NOTICE OF LODGING PROPOSED JUDGMENT**<br><br><u>JUDGE</u>: Honorable Hernán D. Vera |

1

PLEASE TAKE NOTICE that, pursuant to the Court's request, Plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff"), hereby submits the proposed judgment following last week's jury trial.

Dated: June 4, 2024.

COPYCAT LEGAL PLLC
113 North San Vicente Boulevard
Suite 232
Beverly Hills, CA 90211
Telephone: (877) 437-6228
lauren@copycatlegal.com
dan@copycatlegal.com

*Attorneys for Plaintiff*

By: /s/ Lauren M. Hausman
    Lauren M. Hausman, Esq.
    Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren Hausman
Lauren Hausman, Esq.