G-120 (06/18)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| 1a. Contact Person for this Order | Toni M. Jones |
|---|---|
| 1b. Attorney Name (if different) | Jeffrey L. Squires |

| 2a. Contact Phone Number | 505-252-9184 |
|---|---|
| 2b. Attorney Phone Number | 202-509-4000 |

| 3a. Contact E-mail Address | tjones@squireslegal.com |
|---|---|
| 3b. Attorney E-mail Address | jsquires@squireslegal.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Jeffrey L. Squires
Squires Legal Counsel, LLC
565 Live Oak Rd. NE
Albuquerque, NM 87122

| 5. Name & Role of Party Represented | Defendant Deepak Dugar, M.D., a Medical Corporation |
|---|---|
| 6. Case Name | Maureen Harrington v. Deepak Dugar, M.D., a Medical Corporation |
| 7a. District Court Case Number | 2-22-cv-08230-HDV-E |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):

☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER: NAME OF COURT REPORTER: Miranda Algorri

9. THIS TRANSCRIPT ORDER IS FOR:  ☐ Appeal  ☒ Non-Appeal  ☐ Criminal  ☒ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested, format(s), and delivery type:  You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | b. SELECT FORMAT(S) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of filed transcript, or check to certify none yet on file.) | d. DELIVERY TYPE (30-day, 14-day, 7-day, 3-day, Daily, Hourly) (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ ASCII (email) | PAPER | CONDEN- SED (email) | CM/ECF ACCESS (web) | CM/ECF WORD INDEXING | |
| 5/28/2024 | | Vera | Begin with Opening Statements | ● | ○ | ○ | ○ | ● | ● | none | 14-Day |
| 5/29/2024 | | Vera | Entire day | ● | ○ | ○ | ○ | ● | ● | none | 14-Day |
| 5/30/2024 | | Vera | Entire day through Closing Statements | ● | ○ | ○ | ○ | ● | ● | none | 14-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  06/05/2024         Signature  [signature]