IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON, *AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BLAINE HARRINGTON III*,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D. a MEDICAL CORPORATION,<br><br>Defendant. | JS-6<br><br>Civil Action No. 2:22-cv-08230-HDV-E<br><br>**JUDGMENT** |

The Court called this action for trial on May 28, 2024, which continued through May 30, 2024, in Courtroom 5B of the United Stated District Court, the Honorable Hernán D. Vera presiding.

In accordance with the jury verdict in this case, and the Court's prior findings, IT IS ORDERED, ADJUDGED, and DECREED that Judgment be entered against defendant Deepak Dugar, M.D., a Medical Corporation ("Defendant") and in favor of plaintiff Maureen Harrington, as Personal Representative for the Estate of Blaine Harrington III ("Plaintiff"). Plaintiff shall have and recover from Defendant the sum of $10,000.00, plus post-judgment

interest under 28 U.S.C. § 1961 accruing the day judgment is entered up until the date judgment is satisfied. Such amount excludes Plaintiff's attorneys' fees and costs.

**SO ORDERED.**

Dated: 6/5/24

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE