IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON, *AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BLAINE HARRINGTON III*,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D. a MEDICAL CORPORATION,<br><br>Defendant. | Civil Action No. 2:22-cv-08230-HDV-E<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Attorney's Fees. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.**

2. The Court has considered each of the relevant factors pertaining to an award of fees under the Copyright Act. The Court finds that, on balance, Plaintiff is entitled to recover its reasonable attorneys' fees.

3. The Court has performed its own analysis of the reasonableness of both the hours and rates of Plaintiff's counsel in this matter and hereby awards

1

Plaintiff $_____.00 in reasonable attorneys' fees incurred in this matter.

4.  The Court will direct the Clerk to enter an amended Final Judgment which shall include the foregoing award.

**SO ORDERED.**

Dated: _____.        _____
　　　　　　　　　　　　　　　　　HERNAN D. VERA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE