JEFFREY L. SQUIRES
(NM Bar No. 143015)
SQUIRES LEGAL COUNSEL, LLC
P.O. Box 92845
Albuquerque, NM 87199
Tel: (505) 835-5500
Email: jsquires@squireslegal.com
*Attorney for Defendant*

link 214

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D.,<br>A MEDICAL CORPORATION<br><br>Defendant | Case No.: 2:22-cv-08230-HDV-E<br><br>Next Event: August 8, 2024<br>Hearing on Plaintiff's Motion for Attorneys Fees<br>Judge Hernan D. Vera<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION ALLOWING DEFENDANT TO EXCEED PAGE LIMITATION IN RESPONDING TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES |

The Court, having considered the Parties' Stipulation made pursuant to L.R. 7-1 and 11-6 to allow Defendant to exceed the 25-page limitation in responding to Plaintiff's Motion for Attorney's Fees, and finding good cause for approval of the stipulation, hereby

ORDERS that the Parties' Stipulation be, and hereby is, granted; and further

ORDERS that Defendant may submit a response brief to Plaintiff's Motion for Attorneys Fees of no more than 35 pages.

Dated: 7/16/24

_____
Honorable Hernan D. Vera
United States District Court Judge