Lauren M. Hausman, Esq. (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Maureen Harrington,
*as personal representative for the*
*estate of Blaine Harrington III*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

MAUREEN HARRINGTON,
*AS PERSONAL REPRESENTATIVE*
*FOR THE ESTATE OF BLAINE*
*HARRINGTON III*,

        Plaintiff,

        v.

DEEPAK DUGAR, M.D. a MEDICAL
CORPORATION,

        Defendant.

Civil Action No. 2:22-cv-08230-HDV-E

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO GRANT PERMISSION TO ATTEND THE MOTION FOR ATTORNEY FEES HEARING REMOTELY**

DATE: August 8, 2024
TIME: 10:00 a.m.
JUDGE: Hernán D. Vera
CTRM: First Street Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, California 90012

1

PLEASE TAKE NOTICE that, Plaintiff/counter-defendant Maureen Harrington ("Plaintiff"), as personal representative for the estate of Blaine Harrington III ("Blaine"), hereby files this motion to request the Court to allow Plaintiff's counsel to attend the Motion for Attorney Fees hearing remotely, and states as follows:

1. On June 13, 2024, Plaintiff filed her Motion for Attorney Fees. See D.E. 201.

2. Mr. DeSouza served as lead trial counsel and will likewise be the attorney taking point at the Motion for Attorney Fee hearing. Mr. DeSouza is a Florida-based attorney.

3. As indicated by defendant Deepak Dugar M.D., a Medical Corporation's ("Defendant") Memorandum in Opposition Plaintiff's Motion for Attorney Fees [D.E. 216], the Parties disagree about fees, as well as costs.

4. To be mindful of the costs both sides have already incurred, and to try and minimize the further costs incurred, Plaintiff respectfully request that the Court allow Plaintiff to appear at the Motion for Attorney Fees hearing via zoom, or another remote method.

5. Undersigned counsel spoke with Jeffrey Squires, Esq., who is counsel for Defendant.

6. Mr. Squires indicated that he takes no position on Plaintiff's request.

7. The relief requested is not made in bad faith, will not cause undue delay, nor will it prejudice either party.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) permitting Plaintiff to attend the Motion for Attorney Fees hearing via zoom; and (b) for such further relief as the Court deems proper.

## <u>LOCAL RULE 7.3 CERTIFICATE</u>

Before filing this Motion, undersigned counsel conferred with counsel for Defendant (Jeffrey L. Squires, Esq.), who has taken no position on the relief requested.

Dated: July 25, 2024.                    COPYCAT LEGAL PLLC
113 North San Vicente Boulevard
Suite 232
Beverly Hills, CA 90211
Telephone: (877) 437-6228
lauren@copycatlegal.com
sradcliffe@alvesradcliffe.com
dan@copycatlegal.com

*Attorneys for Plaintiff*

By: /s/ Lauren M. Hausman_____
Lauren M. Hausman, Esq.
Scott E. Radcliffe, Esq.
Daniel DeSouza, Esq.

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on July 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

<u>/s/ Lauren M. Hausman</u>
Lauren M. Hausman, Esq.