**DENIED**
BY ORDER OF THE COURT
Dated: 07/24/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON, *AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BLAINE HARRINGTON III*,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D. a MEDICAL CORPORATION,<br><br>Defendant. | Civil Action No. 2:22-cv-08230-HDV-E<br><br>[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO GRANT PERMISSION TO ATTEND THE MOTION FOR ATTORNEY FEES HEARING REMOTELY |

**THIS CAUSE** came before the Court upon Plaintiff's Motion to request the Court allow Plaintiff to attend the motion for attorney fees hearing remotely. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.** The Court will permit Plaintiff to attend the Motion for Attorney Fees Hearing scheduled for August 8, 2024, remotely.

**SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT

Dated: _____. _____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE