Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Maureen Harrington
*as personal representative for the estate of Blaine Harrington III*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON, *AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BLAINE HARRINGTON III,*<br>　　　　　Plaintiff,<br><br>V.<br><br>DEEPAK DUGAR, M.D. a MEDICAL CORPORATION,<br><br>Defendant. | Civil Action No. 2:22-cv-08230-HDV-E<br><br>**PLAINTIFF'S NOTICE OF FILING ADDITIONAL TIME ENTRIES IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** |

　　　　Plaintiff Maureen Harrington, as Personal Representative for the Estate of Blaine Harrington III ("Plaintiff"), hereby files the attached Declaration of Daniel DeSouza, Esq. with respect to additional time entries after the filing of Plaintiff's Motion for Attorneys' Fees (the "Motion") [D.E. 201].  If the Court grants the Motion and determines that Plaintiff is entitled to recover for "fees on fees" (see

Motion, at n. 14), the attached Declaration of Daniel DeSouza, Esq. includes those time entries for reviewing defendant Deepak Dugar, M.D. a Medical Corporation's ("Defendant") memorandum in opposition to the Motion, researching/drafting a reply memorandum, and attending the August 8, 2024 hearing on the Motion.

Dated: August 9, 2024.                    By: /s/ Lauren Hausman_____
                                          LAUREN HAUSMAN
                                          Attorney for Plaintiff
                                          Maureen Harrington,
                                          *as personal representative for the*
                                          *estate of Blaine Harrington III*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren Hausman___
Lauren Hausman, Esq.