JEFFREY L. SQUIRES
(NM Bar No. 143015)
SQUIRES LEGAL COUNSEL, LLC
P.O. Box 92845
Albuquerque, NM 87199
Tel: (505) 835-5500
Email: jsquires@squireslegal.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D.,<br>A MEDICAL CORPORATION<br><br>Defendant | Case No.: 2:22-cv-08230-HDV-E<br><br><br><br>**NOTICE OF SUBMISSION OF AUTHORITY** |

Defendant Deepak Dugar, M.D., a Medical Corporation ("Dugar"), acting in response to the contention of counsel for Plaintiff concerning risks Plaintiff faced as a result of Defendant's service of offers of judgment in this matter made at the August 8, 2024 hearing on Plaintiff's motion for attorneys fees, submits a copy of the opinion of the Ninth Circuit Court of Appeals in Champion Produce, Inc. v. Ruby Robinson Company, 342 F. 3d 1016 (9th Cir. 2003). There the Court of Appeals held that "Rule 68 'costs' do not include a non-prevailing party's attorneys fees when the underlying statute awards attorneys fees to a prevailing party." 342 F. 3d at 1030-31.

1

Respectfully submitted,
By:  /s/ Jeffrey L. Squires
Jeffrey L. Squires
SQUIRES LEGAL COUNSEL, LLC
(NM Bar No.  143015)
P.O. Box 92845
Albuquerque, NM  87199
Telephone:  (505) 835-5500
Email:  jsquires@squireslegal.com

2
**NOTICE OF SUBMISSION OF AUTHORITY**

JEFFREY L. SQUIRES
(NM Bar No. 143015)
SQUIRES LEGAL COUNSEL, LLC
P.O. Box 92845
Albuquerque, NM 87199
Tel: (505) 835-5500
Email: jsquires@squireslegal.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MAUREEN HARRINGTON | Case No. 2:22-cv-08230-HDV-E |
|---|---|
| Plaintiff, | |
| v. | |
| DEEPAK DUGAR, M.D., A MEDICAL CORPORATION, | **PROOF OF SERVICE FOR NOTICE OF SUBMISSION OF AUTHORITY** |
| Defendant | |

I hereby certify that on this 9th day of August, 2024, a true and correct copy of Notice of Submission of Authority, along with this Proof of Service, was filed and served via the Court's CM/ECF system to the following counsel of record.

Scott Edward Radcliffe
ALVES RADCLIFFE LLP
2377 Gold Meadow Way
Suite 100
Gold River, CA 95670
916-333-3375
Email: sradcliffe@alvesradcliffe.com

Daniel DeSouza
Lauren Hausman
COPYCAT LEGAL, PLLC
3111 N. University Drive

Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
Email: daniel@copycatlegal.com
　　　　lauren@copycatlegal.com

*/s/ Jeffrey L. Squires*