Lauren M. Hausman (CA Bar No. 349514)
**CopyCat Legal PLLC**
113 N San Vincente Blvd.
Suite 232
Beverly Hills, CA 90211
877-437-6228
Email: lauren@copycatlegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D., A MEDICAL CORPORATION<br><br>Defendant | **Case No.: 2:22-cv-08230-HDV-E**<br><br><br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

Plaintiff Maureen Harrington, by her undersigned counsel, here gives notice of and acknowledges that she has received payment from Defendant in full satisfaction of the judgment awarded by the Court in this matter on June 6, 2024 [Doc. 200] and of the costs taxed by the Clerk on July 24, 2024 [Doc. 217].

Respectfully submitted,

By: /s/ Lauren M. Hausman
COPYCAT LEGAL PLLC
113 N San Vincente Blvd.
Suite 232
Beverly Hills, CA 90211
Telephone: (877) 437-6228
Email: lauren@copycatlegal.com

1

Lauren M. Hausman (CA Bar No. 349514)
**CopyCat Legal PLLC**
113 N San Vincente Blvd.
Suite 232
Beverly Hills, CA 90211
877-437-6228
Email: lauren@copycatlegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN HARRINGTON<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK DUGAR, M.D., A MEDICAL CORPORATION,<br><br>Defendant | Case No. 2:22-cv-08230-HDV-E<br><br>**PROOF OF SERVICE FOR NOTICE OF SATISFACTION OF JUDGMENT** |

I hereby certify that on this 30th day of August, 2024, a true and correct copy of Notice of Satisfaction of Judgment, along with this Proof of Service, was filed and served via the Court's CM/ECF system to the following counsel of record.

Jeffrey L. Squires
SQUIRES LEGAL COUNSEL, LLC
P.O. Box 92845
Albuquerque, NM 87199
Tel: (505) 835-5500
jsquires@squireslegal.com

**PROOF OF SERVICE FOR NOTICE OF SATISFACTION OF JUDGMENT**

1  */s/ Lauren M. Hausman*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE FOR NOTICE OF SATISFACTION OF JUDGMENT**