**netdocuments**

Search Client Documents    ...

+ Add

Hi, ...

DOCUMENTS        MATTERS

Go to a matter...

Home > Document List

## Document List

1 item | 1 selected        Email copy    Email link    Upload new version    Edit profile    More

☑    Name ↑

☑ ☆  Harrington v. Dugar - Satisfaction of Order on Motion for Attorney's Fees

---

Full View    ✕

☆    Harrington v. Dugar - Satisfactio...

**DOCUMENT DETAILS**    Copy Link

Access

**PROFILE DETAILS** ⌃

Created by:    Soula Cruz    9/26

Modified by:    Daniel DeSouza    9

Type:    Microsoft Word

Size:    28 KB

ID:    4885-3378-3017

Version:    Version 1 (of 1)

Client:    0017 - Blaine Harrington III

Matter:    000009 - Blaine Harrington v Deepal Dugar M.D.

Doc type:    Miscellaneous

Notes:

Status:    None

Auto Versioning:    Off

**ATTACHMENTS** ⌄

**LINKED DOCUMENTS** ⌄

**LOCATIONS** ⌄